Teresa C. Chow (SBN 237694)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  tchow@bakerlaw.com

*Attorneys for Defendant*
PETCO ANIMAL SUPPLIES STORES, INC.

Tammy Hussin (SBN 155290)
**HUSSIN LAW**
1596 N. Coast Highway 101
Encinitas, CA  92024
Telephone:  877.677.5397
Facsimile:  877.667.1547
Email:  tammy@hussinlaw.com

*Attorney for Plaintiff*
APRIL FESLER

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FESLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.; PUPBOX, INC.,<br><br>Defendants. | Case No.: 3:20-CV-02474-CAB-LL<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Case Filed:        12/18/20 |

Plaintiff April Fesler ("Plaintiff") and Defendant Petco Animal Supplies Stores, Inc. ("Petco" and, collectively with Plaintiff, the "Parties") respectfully submit this Joint Notice ("Joint Notice") to advise the Court of a mediated settlement between the Parties, and requesting an order setting August 13, 2021 as the deadline for Plaintiff to file her Motion for Preliminary Approval, taking off calendar Petco's responsive pleading deadline and, if the Court denies preliminary approval, resetting Petco's responsive pleading deadline for 30 days after the denial of preliminary

1

approval. Good cause exists for taking the requested action based on the following facts:

    1)    Plaintiff filed her Complaint on December 18, 2020 (Dkt. 1).

    2)    Plaintiff personally served a summons and the Complaint upon Petco on January 5, 2021.

    3)    Petco's initial responsive pleading deadline was therefore January 26, 2021.

    4)    The Parties filed a Joint Motion for [First] Extension of Time, *Etc*. (Dkt. 3) on January 25, 2021, which the Court granted on January 26, 2021 (Dkt. 4).

    5)    The Parties filed a Joint Motion for [Second] Extension of Time, *Etc*. (Dkt. 5) on February 25, 2021, which the Court granted on February 25, 2021 (Dkt. 6).

    6)    The Parties filed a Joint Motion for Third Extension of Time, *Etc*. (Dkt. 7) on March 18, 2021, which the Court granted on March 19, 2021 (Dkt. 8).

    7)    The Parties filed a Joint Motion for Fourth Extension of Time, *Etc*. (Dkt. 9) on June 17, 2021, which the Court granted in part on June 17, 2021 (Dkt. 10), resulting in Petco's current responsive deadline of June 30, 2021.

    8)    Following service of the Complaint, the Parties engaged in an all-day private mediation before Mediator Bruce A. Friedman of JAMS on May 13, 2021, in an attempt to resolve this action, along with another putative class action arising from the same alleged incident that was filed in the United States District Court, Central District of California.

    9)    Although the Parties did not reach a settlement in principle on the day of the mediation, they have since reached a settlement in principle, finalized a settlement term sheet on July 13, 2021, and are currently working on finalizing the settlement agreement and supporting documents.

    10)    Plaintiffs intend to file their Motion for Preliminary Approval on or before August 13, 2021.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

WHEREFORE, the Parties respectfully request an order: (1) setting August 13, 2021 as the deadline for Plaintiff to file her Motion for Preliminary Approval; (2) taking off calendar Petco's responsive pleading deadline currently set for June 30, 2021; and (3) if the Court denies preliminary approval, resetting Petco's responsive pleading deadline for 30 days after the denial of preliminary approval.

Respectfully submitted,

Dated: July 13, 2021   **BAKER & HOSTETLER LLP**

By:   */s/ Teresa C. Chow*
     Teresa C. Chow

*Attorneys for Defendant*
PETCO ANIMAL SUPPLIES STORES, INC.

Dated: July 13, 2021   **HUSSIN LAW**

By:   */s/ Tammy Gruder Hussin*
     Tammy Gruder Hussin

*Attorneys for Plaintiff*
APRIL FESLER

3

JOINT NOTICE OF SETTLEMENT
CASE NO.:3:20-CV-02474-CAB-LL

**ECF ADMIN. POLICIES AND PROCEDURES § 2.f.4. CERTIFICATION**

I, Teresa C. Chow, hereby certify that the content of the foregoing Joint Notice is acceptable to the other signatory thereto, Tammy Hussin, and that Ms. Hussin has authorized her electronic signature thereon.

　　　　　　　　　　　　　　　　　　*/s/ Teresa C. Chow*
　　　　　　　　　　　　　　　　　　Teresa C. Chow