UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

APRIL FESLER,
Plaintiff,

v.

PETCO ANIMAL SUPPLIES STORES, INC.; PUPBOX, INC.,
Defendants.

Case No.: 3:20-cv-2474-CAB-LL

**ORDER RE NOTICE OF SETTLEMENT**

On June 17, 2021, the parties jointly moved for an extension of time for Defendant to respond to the complaint. [Doc. No. 9.] This was the fourth such request, and it sought an extension until July 19, 2021. On the same day, the Court granted the motion ***in part***, extending the deadline for Defendant's response to June 30, 2021, and specifying that no further extensions would be granted. [Doc. No. 10.] Presumably realizing that any request for a further extension would be denied, the parties simply ignored the Court's deadline, with neither a response to the complaint nor a request for entry of default filed. The parties have now filed a notice of settlement that seeks a deadline for Plaintiffs to file a motion for preliminary approval and asks the Court to vacate the June 30, 2021, deadline for Defendant's responsive pleading that has already expired by two weeks. Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Plaintiff shall file a motion for preliminary approval of the parties' settlement by **July 30, 2021**;
2. If Plaintiff does not file a motion for preliminary approval by the above deadline, Defendant shall file their response to the complaint by **August 13, 2021**; and,
3. If neither a motion for preliminary approval nor a response to the complaint nor a request for entry of default is filed by August 16, 2021, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 15, 2021

Hon. Cathy Ann Bencivengo
United States District Judge