Tammy Hussin (Ca Bar No. 155290)
tammy@hussinlaw.com
**HUSSIN LAW**
1596 N. Coast Hwy 101
Encinitas, CA 92024
T: (877) 677-5397
F: (877) 677-1547

Gary M. Klinger (*admitted pro hac vice*)
gklinger@masonllp.com
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Ste 2100
Chicago, IL 60606
T: (202) 429-2290
F: (202) 429-2294

*Counsel for Plaintiffs and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FESLER, *et al.*, | Case No. 20-cv-2474-CAB-LL |
| Plaintiffs, | Hon. Cathy Ann Bencivengo |
| v. | **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| PETCO ANIMAL SUPPLIES STORES, INC.; PUPBOX, INC., | PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| Defendants. | Hearing Date: September 13, 2021 |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiffs April Fessler and Rebecca Wooten ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their undersigned counsel, request that this Court enter the Proposed Order submitted herewith that:

(1)  Certifies the Settlement Class for purposes of settlement only;

(2)  Preliminarily approves the Settlement Agreement;

(3)  Appoints as Proposed Settlement Class Counsel Gary M. Klinger of Mason Lietz & Klinger LLP, Tammy Hussin of Hussin Law, and Yitzchak Kopel of Bursor & Fisher, P.A.;

(4)  Appoints Plaintiffs April Fessler and Rebecca Wooten as Class Representatives;

(5)  Approves a customary Email Notice to be emailed to Settlement Class Members, and the Short Form Notice to be mailed to Settlement Class Members whose emails are undeliverable in a form substantially similar to that attached respectively as Exhibits B and C to the Settlement Agreement;

(6)  Approves a customary Long Form Notice to be posted on the Settlement Website in a form substantially similar to the one attached as Exhibit D to the Settlement Agreement;

(7)  Directs Notice to be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and Exhibits B, C, D, and E thereto;

(8)  Appoints RG/2 Claims Administration LLC ("RG/2") to serve as the Notice Specialist and Claims Administrator;

(9)  Approves the use of a Claim Form substantially similar to that attached as Exhibit A to the Settlement Agreement; and

(10)  Sets a hearing date and schedule for Final Approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Costs, Expenses, and Service Awards.

1    Defendant Petco Animal Supplies Stores, Inc. ("Petco"), does not oppose this Motion.

2    This Motion is based on this Notice of Motion and Motion; the Memorandum of Points

3    and Authorities in Support thereof and the Exhibits thereto including but not limited to the

4    Declaration of Gary M. Klinger; the Settlement Agreement and attached Exhibits including the

5    proposed Notice and Notice Program; the Proposed Order Granting Preliminary Approval of Class

6    Action Settlement; the pleadings and papers filed in this case; and any oral argument this Court

7    requests.

8

9    Respectfully submitted this 9th day of August, 2021.

10

11                                    */s/ Gary M. Klinger*
                                      _____
12                                    Gary M. Klinger (*admitted pro hac vice*)
                                      gklinger@masonllp.com
13                                    **MASON LIETZ & KLINGER LLP**
                                      227 W. Monroe Street, Ste 2100
14                                    Chicago, IL 60606
                                      T: (202) 429-2290
15                                    F: (202) 429-2294

16
                                      Tammy Hussin (Ca Bar No. 155290)
17                                    tammy@hussinlaw.com
                                      **HUSSIN LAW**
18                                    1596 N. Coast Hwy 101
                                      Encinitas, CA 92024
19                                    T: (877) 677-5397
                                      F: (877) 677-1547
20

21
                                      *Attorneys for Plaintiffs and the proposed*
22                                    *Class*

23

24

25

26

27

28