1  Tammy Hussin (CA Bar No. 155290)
   tammy@hussinlaw.com
2  **HUSSIN LAW**
   1596 N. Coast Highway 101
3  Encinitas, CA 92024
   Telephone: (877) 677-5397
4  Facsimile: (877) 677-1547

5  Gary M. Klinger (admitted *pro hac vice*)
   gklinger@masonllp.com
6  **MASON LIETZ & KLINGER LLP**
   227 W. Monroe Street, Suite 2100
7  Chicago, IL 60606
   Telephone: (202) 429-2290
8  Facsimile: (202) 429-2294

9  *Attorneys for Plaintiffs and the Proposed Class*

10 [Additional Counsel Appear on signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FESLER and REBECCA WOOTEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC. and PUPBOX, INC.,<br><br>Defendants. | Case No.: 3:20-cv-02474-CAB-LL<br><br>Honorable Cathy Ann Bencivengo<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, Plaintiffs April Fesler and Rebecca Wooten ("Plaintiffs"), by and through their undersigned counsel, hereby dismiss the above-entitled action against Defendants Petco Animal Supplies Stores, Inc. and Pupbox, Inc. ("Defendants") in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 15, 2021                    Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger (admitted *pro hac vice*)
IL Bar No. 6303726 (SBN 292120)
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gklinger@masonllp.com

Tammy Hussin (CA Bar No. 155290)
**HUSSIN LAW**
1596 N. Coast Highway 101
Encinitas, CA 92024
Telephone: (877) 677-5397
Facsimile: (877) 677-1547
tammy@hussinlaw.com

Max S. Roberts (admitted *pro hac vice*)
Yitzchak Kopel (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
mroberts@bursor.com
ykopel@bursor.com

*Attorneys for Plaintiffs and Proposed Class*